UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JAYME FILLOON, | § |
| Plaintiff, | § |
| vs. | § Case No. 6:20-CV-03339-RK |
| HOTELS.COM, L.P., ET AL, | § |
| Defendants. | § |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff and Defendant, by the through their attorneys, and request the dismissal of the above action with prejudice, each party to bear their own costs.

*/s/Jay Kirksey*
**Jerry M. Kirksey,** MO Bar No. 38643
Attorney for Plaintiff
**Kirksey Law Firm, LLC**
711 S. Albany Avenue
Bolivar, Missouri 65613-2619
Phone: (417) 326-4529
Fax: (417) 326-8531
jmkirksey@kirkseylawfirm.com

*Attorneys for Plaintiff*

*/s/ Robert D. Younger*
Robert D. Younger, #42909MO
Thomas O. McCarthy, #22636MO
**McMAHON BERGER, P.C.**
2730 North Ballas Road, Suite 200
St. Louis, Missouri 63131
(314) 567-7350
(314) 567-5968 (facsimile)
younger@mcmahonberger.com
mccarthy@mcmahonberger.com

*Attorneys for Defendant*